FARRELL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Sarah Farrell against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

In re FINCH'S WILL. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) In the matter of the probate of the alleged last will and testament of George R. Finch, deceased. No opinion. Motion denied.

FINUCANE, Appellant, v. BOARD OF EDUCATION OF CITY OF ROCHESTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 14, 1906.) Action by Thomas W. Finucane against the board of education of the city of Rochester. No opinion. Judgment modified by adding to plaintiff's recovery the sum of $19.22, with interest from date of judgment, in accordance with stipulation by respondent's counsel on the argument, and, as thus modified, affirmed, with costs.

In re FITZGERALD. (Supreme Court, Appellate Division, Second Department. October 30, 1906.) In the matter of John J. Fitzgerald. No opinion. Order affirmed, without costs, in so far as the controversy cannot be affected by the decision which may be made in the appeal pending in the Court of Appeals to-day. In other respects, the decision must abide the determination of that appeal. See Farrell v. Baker and Farrell v. Hackett (decided herewith) 101 N. Y. Supp. 1120. Settle order before the presiding justice. See 100 N. Y. Supp. 753.

In re FITZGERALD. (Supreme Court, Appellate Division, First Department. December 14, 1906.) In the matter of Maurice Fitzgerald. No opinion. Reference ordered. Settle order on notice.

FITZGERALD, Respondent, v. EMPIRE STATE TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1906.) Action by Joseph R. Fitzgerald against the Empire State Telephone & Telegraph Company. No opinion. Judgment and order affirmed, with costs.

FORGOTSTON, Appellant, v. GERMAN GROB & SON, Respondent. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by L. George Forgotston against German Grob & Son. J. C. De La Mare, for appellant. W. R. Hill, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FOSTER, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 28, 1906.) Action by Joseph Foster, Jr., against the International Paper Company.

101 N.Y.S.—71

PER CURIAM. Judgment and orders affirmed, with costs.

WILLIAMS, J., not sitting.

FOWLER v. PECK. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Edmund P. Fowler against Robert W. Peck. No opinion. Application granted. Order signed.

FRALEY, Appellant, v. FAHY, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 5, 1906.) Action by John U. Fraley against Louise K. Fahy. No opinion. Order affirmed, with $10 costs and disbursements.

FRANK, Respondent, v. RUTHMAN et al., Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Joseph Frank against George B. Ruthman, impleaded. No opinion. Motion denied on condition that the the appellant pay the respondent $10 costs and perfect his appeal within 20 days. On failure to comply with these conditions, the motion to dismiss the appeal is granted.

FRAWLEY et al., Respondents, v. DALY et al., Appellants. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Jack Frawley and another against John Daly and others. No opinion. Motion denied on payment of $10 costs and on terms stated in memorandum. Order filed.

FRIEDLANDER v. FRIEDLANDER et al. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Florence B. Friedlander, appellant, against William T. Friedlander and another. No opinion. Order in so far as appealed from reversed, without costs, on the authority of Stivers v. Wise, 18 App. Div. 316, 46 N. Y. Supp. 9.

FRIEND, Appellant, v. RAYMOND et al., Respondents. (Supreme Court, Appellate Division, First Department. December 21, 1906.) Action by Julius Friend against Emma M. Raymond, impleaded. C. Blandy for appellant. W. A. Mayou, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

FRIES, Appellant, v. FRIES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by Nicholas C. Fries against John P. Fries and others.

PER CURIAM. Motion to dismiss appeal denied, upon condition that within 10 days from the service of a copy of this order, together with notice of entry, the appellant perfect his appeal as to the adult defendants by filing notice thereof with the clerk of Livingston county, and also perfect his appeal as to the infant defendants; leave to so perfect the appeal herein as of the date of service of notice thereof on